[No. 45565-6-I.   Division One.   November 13, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM BILL
TINSLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 99-1-06232-5, William L. Downing, J., entered
November 2, 1999. *Affirmed* by unpublished per curiam
opinion.

[No. 40846-1-I.   Division One.   November 13, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. R.M., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-8-06062-5, Ann Schindler, J., entered June
10, 1997. *Reversed* by unpublished opinion per Cox, J.,
concurred in by Agid, C.J., and Webster, J.

[No. 45826-4-I.   Division One.   November 13, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. LAVELLE JOHNSON,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 99-8-06049-2, Charles V. Johnson, J., entered
December 7, 1999. *Affirmed in part* and *reversed in part* by
unpublished per curiam opinion.

[No. 45891-4-I.   Division One.   November 13, 2000.]

*In the Matter of the Marriage of* LAURA BETH CHRISTENSEN
(CLARK), *Respondent*, and EDWARD E. LAW, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-3-06378-3, Patricia H. Clark, J., entered
December 13, 1999. *Affirmed in part, reversed in part*, and
*remanded* by unpublished per curiam opinion.